United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 30, 2007**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 05-20153
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SUNG CHO (STEVE) HESTER; HYUN UU KIM,

Defendants-Appellants.

Appeals from the United States District Court
for the Southern District of Texas
4:03-CR-477-2

Before GARWOOD, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM:[*]

Sung Cho "Steve" Hester ("Hester") and Hyun Uu Kim ("Kim") appeal their convictions for

conspiracy to possess and possession with intent to distribute methamphetamine. Kim also appeals

his conviction for using and carrying a firearm during and in relation to a drug trafficking crime.

Having carefully considered each of Hester's and Kim's points of error in light of the record, the

written and oral arguments of the parties, and the applicable law, and having found no reversible

_____

[*]        Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

error, we affirm the defendants' convictions. We decline to entertain Hester's ineffective assistance of counsel claim, which he raises for the first time in this appeal, but we do so without prejudice to such rights as Hester may have to raise this issue collaterally in a motion under 28 U.S.C. § 2255. *See United States v. Gonzales*, 436 F.3d 560, 581 (5th Cir. 2006).

AFFIRMED.